JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-04040
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

November 3, 2026

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

**Re: *Orlando Alicea v. Pep Boys***
**Case No. 26-cv-08754-AS**

Dear Judge Subramanian:

We represent Defendant Pep Boys – Manny Moe & Jack of Delaware LLC ("Defendant"), in the above-captioned matter. We write, with the consent of Plaintiff, pursuant to Rule 3.E of Your Honor's Individual Practices, to respectfully request that the Court stay this action pending resolution of Defendant's anticipated motion to compel arbitration and establish a briefing schedule for that motion.

On August 13, 2026, Plaintiff commenced this action by filing his Complaint in the Supreme Court of the State of New York, County of Bronx. (Dkt. No. 1). On October 4, 2026, Defendant timely removed the action to this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's claims under the Fair Labor Standards Act present a federal question. (*Id.*). On October 9, 2026, the Court issued an order directing Defendant to respond to the Complaint by November 3, 2026. (Dkt. No. 11).

Defendant intends to move to compel arbitration of Plaintiff's claims. Although the parties understand that a pre-motion conference is not required for such a motion, the parties respectfully request that the Court enter an order establishing the following briefing schedule: (i) Defendant shall file its motion to compel arbitration on or before November 10, 2026; (ii) Plaintiff shall file his opposition on or before December 10, 2026; and (iii) Defendant shall file its reply in further support of its motion on or before December 23, 2026.

Defendant further respectfully requests that the Court stay all existing deadlines in this action pending resolution of Defendant's anticipated motion to compel arbitration. The following deadlines and conferences are currently scheduled:

JacksonLewis



- November 3, 2026: Defendant's deadline to respond to the Complaint.
- November 10, 2026: Deadline for the parties to meet and confer regarding settlement, one week after the answer is filed.
- November 24, 2026: Deadline for the parties to exchange limited discovery, three weeks after the answer is filed.
- December 9, 2026: Deadline for the parties to file their joint letter and proposed Civil Case Management Plan.
- December 17, 2026 at 2:30 PM: Initial pre-trial conference.

This is Defendant's first request for either a stay of this action or a briefing schedule for its anticipated motion to compel arbitration.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

/s/ Brian J. Shenker

Brian J. Shenker, Esq.
Daniel R. Axelrod, Esq.

cc: Joanna Ghosh, Esq. (joanna@calljustice.com)
Jonathan Apsan, Esq. (j.apsan@calljustice.com)

GRANTED IN PART; DENIED IN PART.

The Court does not see why a stay would be appropriate, particularly *before* defendant has filed a motion to compel. Accordingly, the request for a stay is DENIED without prejudice. Should defendant move again for a stay, it should file a letter motion with caselaw explaining why a stay is apt.

Additionally, pursuant to the Court's Individual Practices, a request to extend or adjourn a deadline should be made at least two business days beforehand, not the day of. Nevertheless, as a courtesy, the Court will extend all deadlines by one week. Accordingly defendant's deadline to respond to the complaint is hereby extended to November 10, 2026, nunc pro tunc.

Furthermore, if defendant files a motion to compel arbitration, it should do so on or before November 10, 2026. Plaintiff may file an opposition on or before December 1, 2026. And defendant may file a reply on or before December 8, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 4, 2026